# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

145443

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JOHNNY BERNARD CALVIN,
   Defendant-Appellant.

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
*Justices*

SC: 145443
COA: 303718
Wayne CC: 06-006673-01

_____/

  On order of the Court, the application for leave to appeal the May 15, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk

t1015